**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RASEAN S. SMITH**                                                                          **PETITIONER**
**ADC #096566**

**v.**                      **CASE NO. 5:17-CV-00052 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction and**
**ARKANSAS BOARD OF PAROLE**                          **RESPONDENTS**

## ORDER

The proposed findings and recommended disposition [Doc. No. 15] submitted by United States Magistrate Judge Jerome T. Kearney have been received. No objections have been filed. After careful review of the record, the proposed findings and recommended disposition are adopted in their entirety, the requested relief is denied, and petitioner Rasean Smith's habeas petition is dismissed with prejudice. Further, no certificate of appealability will be issued because Smith has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c). Accordingly, it is certified that an appeal *in forma pauperis* would not be taken in good faith. *See* Fed. R. App. P. 24(a)(3)(A).

      IT IS SO ORDERED this 2nd day of August 2018.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE